JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR12-298 RSL |
| Plaintiff, | ) | |
| vs. | ) | (proposed) ORDER ON MOTION TO SEAL DEFENDANT'S SENTENCING MEMORANDUM EXHIBIT B |
| KEVIN S. O'LEARY, | ) | |
| Defendant. | ) | |

THIS MATTER having come before the Court on motion of counsel for the defendant, and the Court finding good cause to allow Exhibit B of Defendant's Sentencing Memorandum to be filed under seal,

IT IS HEREBY ORDERED that defendant's Exhibit B of Defendant's Sentencing Memorandum shall be filed under seal.

DATED this 3rd day of May, 2013.

/s/ Robert S. Lasnik
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Peter Avenia
Peter Avenia, WSBA No. 20794
s/ Corey Endo
Corey Endo, WSBA No. 34270
Attorneys for Kevin O'Leary
Assistant Federal Public Defender
Corey_Endo@fd.org
Peter_Avenia@fd.org

12-CR-00298-LTR

ORDER ON MOTION SEAL – 1
(*Kevin O'Leary*; CR12-298 RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100