THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-298-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING STIPULATED MOTION TO EXTEND NOTING DATE AND DUE DATE FOR FILING A REPLY |
| KEVIN O'LEARY, | ) | |
| Defendant. | ) | |

The Court has considered the Unopposed Motion to Extend the Noting Date and Due Date for Filing a Reply, and all the records in this case.

IT IS NOW ORDERED:

1. Counsel for Mr. O'Leary will file the Reply on or before November 10, 2020;

2. The clerk shall re-note the matter to that same date.

DATED this 9th day of November, 2020.

*[signature: Robert S. Lasnik]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Kevin O'Leary

---

ORDER GRANTING STIPULATED MOTION TO
EXTEND NOTING DATE
AND DUE DATE FOR FILING REPLY
(*Kevin O'Leary*; CR12-298-RSL) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100